UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE ELECTRICAL
WORKERS' INSURANCE FUND,

    Plaintiffs,

vs.

ALBERT GOLSTON,

    Defendant.

Case No. 21-cv-12117
Hon. Matthew F. Leitman

---

| | |
|---|---|
| WATKINS, PAWLICK,<br>CALATI & PRIFTI, PC<br>HOPE L. CALATI (P54426)<br>Attorneys for Plaintiffs<br>1423 E. Twelve Mile Rd.<br>Madison Heights, MI 48071<br>(248) 658-0800<br>hcalati@wpcplaw.com | ALBERT GOLSTON<br>In Pro Per<br>11301 Rossiter<br>Detroit, MI 48224<br>algolston@gmail.com |

---

**<u>STIPULATION TO ENTRY OF CONSENT JUDGMENT</u>**

## **STIPULATION TO ENTRY OF CONSENT JUDGMENT**

The undersigned stipulate to entry of the attached Consent Judgment.

STIPULATED AND AGREED TO:

| | |
|---|---|
| s/ Hope L. Calati | s/ Albert Golston (by HLC w/p) |
| Hope L. Calati (P54426) | Albert Golston |
| WATKINS, PAWLICK, | In Pro Per |
| CALATI & PRIFTI, PC | 211301 Rossiter |
| Attorneys for Plaintiffs | Detroit, MI 48224 |
| 1423 E. Twelve Mile Rd. | algolston@gmail.com |
| Madison Heights, MI 48071 | |
| (248) 658-0800 | |
| hcalati@wpcplaw.com | |
| | |
| Dated: September 13, 2021 | Dated: 8/31/21 |

## STIPULATION TO ENTRY OF CONSENT JUDGMENT

The undersigned stipulate to entry of the attached Consent Judgment.

STIPULATED AND AGREED TO:

_____
Hope L. Calati
WATKINS, PAWLICK,
CALATI & PRIFTI, PC
Attorneys for Plaintiffs
1423 E. Twelve Mile Rd.
Madison Heights, MI 48071
(248) 658-0800
hcalati@wpcplaw.com

Dated: _____

*/s/ Albert Golston*
Albert Golston
In Pro Per
211301 Rossiter
Detroit, MI 48224
algolston@gmail.com

Dated: 8/30/21

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE ELECTRICAL
WORKERS' INSURANCE FUND,

    Plaintiffs,

vs.

ALBERT GOLSTON,

    Defendant.

Case No. 21-cv-12117
Hon. Matthew F. Leitman

---

WATKINS, PAWLICK,
CALATI & PRIFTI, PC
HOPE L. CALATI (P54426)
Attorneys for Plaintiffs
1423 E. Twelve Mile Rd.
Madison Heights, MI 48071
(248) 658-0800
hcalati@wpcplaw.com

ALBERT GOLSTON
In Pro Per
11301 Rossiter
Detroit, MI 48224
algolston@gmail.com

---

## **CONSENT JUDGMENT**

    This matter is before the Court on the parties' Stipulation to Entry of Consent Judgment and the Court being fully advised in the premises,

    **IT IS ORDERED THAT**:

    1.    Plaintiffs Trustees of the Electrical Workers' Insurance Fund ("Insurance Fund") have and recover Judgment from Defendant Albert Golston in

the amount of $10,095.66,[1] and Plaintiffs shall have execution therefor.

2. Interest will accrue at the rate of four percent (4.00%) per annum from March 15, 2019.

3. Execution on the amounts set forth in paragraphs 1 and 2 shall not issue so long as defendant pays the judgment debt in monthly installment payments of $250.00, plus interest at the rate of four percent (4.00%) per annum, from March 15, 2019, by checks payable to "Electrical Workers' Insurance Fund" which must be received in the offices of Plaintiffs' counsel, Hope L. Calati, 1423 E. Twelve Mile Rd., Madison Heights, MI 48071. These monthly installment payments of $250.00 shall be paid on or before the 3rd day of every month from September 3, 2021 and each month thereafter. There is no penalty for pre-payment.

4. Defendant shall be in default of this Consent Judgment if any of the payments described in Paragraph 3 are not received within five (5) business days of a notice of failure to timely pay installment sent via e-mail and first class mail to Golston.

---

[1] The amount of $10,095.66 is the sum of $9,620.00 in benefits Plaintiffs paid to Mr. Golston to which Mr. Golston was not entitled to retain, less the $524.34 Mr. Golston paid the Insurance Fund plus $1,000.00 in costs and fees expended by plaintiffs in this matter.

5. If payment has not been received after late payment and notice of failure to timely pay installment, a default has occurred; then, without further application, notice, hearing or court order the entire amount of this Judgment, which is $10,095.66, less any payments received, plus all accrued interest shall automatically be accelerated and become immediately due and payable; and Plaintiffs shall be entitled to enforce this Judgment, and exercise all of their creditor rights and remedies through all available means and have full rights of execution thereon.

6. Acceptance by the Plaintiffs of any monthly installment payments after their respective due dates shall not alter any of Defendant's obligations under this Judgment and shall not serve as a waiver of any of Plaintiffs' rights under this Judgment.

7. This Court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Judgment.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:   September 14, 2021

5

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 14, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
